FILED
MAR 18 2026
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY BG DEP CLK

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:26-mj-1089-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL INFORMATION |
| | ) | |
| ELIZABETH DEANNE KLINE, | ) | |
| Defendant. | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby charges:

COUNT ONE: CARRYING CONCEALED WEAPON

On or about 13 August 2025, in the Eastern District of North Carolina, aboard Marine Corps Base Camp Lejeune, North Carolina, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, ELIZABETH DEANNE KLINE, did willfully and intentionally, carry concealed about her person any pistol or gun, to wit, did, willfully and intentionally, carry concealed in her motor vehicle a pistol or gun, a Sig Sauer P365 pistol bearing serial number 66F778513, in violation of North Carolina General Statutes, Section 14-269(a1), as assimilated by the provisions of Title 18, United States Code, Section 13.

COUNT TWO: CARRYING CONCEALED WEAPON

On or about 13 August 2025, in the Eastern District of North Carolina, aboard Marine Corps Base Camp Lejeune, North Carolina, a place within the special

maritime and territorial jurisdiction of the United States, the Defendant, ELIZABETH DEANNE KLINE, did willfully and intentionally, carry concealed about her person any pistol or gun, to wit, did, willfully and intentionally, carry concealed in her motor vehicle a pistol or gun, a Beretta PX4 pistol bearing serial number PX114400, in violation of North Carolina General Statutes, Section 14-269(a1), as assimilated by the provisions of Title 18, United States Code, Section 13.

**FORFEITURE NOTICE**

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

The forfeitable property includes, but is not limited to, the following items recovered from ELIZABETH DEANNE KLINE on 13 August 2025: (1) Sig Sauer P365 pistol bearing serial number 66F778513; and (2) Beretta PX4 pistol bearing serial number PX114400.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond

the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, U.S.C. § 853(p), to seek forfeiture of any property of said defendant up to the value of the forfeitable property described above.

Respectfully submitted, this 6th day of March 2026.

W. ELLIS BOYLE
United States Attorney

BY: ______________________
VERONICA CATHERINE VAN TOL
Special Assistant United States Attorney
Criminal Division